JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EVANGELISTA,<br><br>    Plaintiff,<br><br>v.<br><br>HD SUPPLY MANAGEMENT, LLC, et al.,<br><br>    Defendants. | No. 2:25-cv-11456-JAK (SSCx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND (DKT. 12)** |

1

1  Based on a review of the Joint Stipulation to Remand (the "Stipulation" (Dkt.
2  12)), sufficient good cause has been shown for the requested relief. Therefore, the
3  Stipulation is **APPROVED**, as follows:
4  The action is remanded to the Superior Court of California, County of Los
5  Angeles, at the Stanley Mosk Courthouse, as *Jose Evangelista v. HD Supply*
6  *Management, LLC, et al.*, Case No. 25STCV30023.
7  All pending dates and deadlines in this proceeding are vacated.

**IT IS SO ORDERED.**

Dated: December 31, 2025

_____
John A. Kronstadt
United States District Judge